UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

B2500A (rev 06/2022)

In re:

**Rodney Grubbs**,
    Debtor.

**Joanne Friedmeyer, Trustee**,
    Plaintiff,
  vs.
**Scott Siewert**,
**Teresa Siewert**,
    Defendants.

Case No. **23–05593–JJG–7A**

Adv. Proc. No. **25–50127**

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

An amended complaint under Title 11 of the U.S. Code was filed against you in this Court on January 6, 2026, by Plaintiff Joanne Friedmeyer, Trustee.

**YOU ARE SUMMONED** and required to file a motion or answer to the attached amended complaint within **30 days** after the issuance of this summons.

**ANSWER DUE:** February 12, 2026

You must serve a copy of the motion or answer on the plaintiff's attorney. If you file a motion, your time to answer is determined by Fed.R.Bankr.P. 7012.

**Plaintiff's attorney:**

Joseph L. Mulvey
133 W. Market St.
#274
Indianapolis, IN 46204

**You may have the right to have your case decided by the district court. Your failure to respond timely will be deemed your consent to entry of judgment by the bankruptcy court, and judgment by default may be taken against you for the relief demanded in the amended complaint.**



/s/ Eric R. Kleis
Clerk, U.S. Bankruptcy Court

Dated:  January 13, 2026

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

B2500A (rev 06/2022)

In re:

**Rodney Grubbs**,
        Debtor.

Case No. **23–05593–JJG–7A**

**Joanne Friedmeyer, Trustee**,
        Plaintiff,
    vs.
**Scott Siewert**,
**Teresa Siewert**,
        Defendants.

Adv. Proc. No. **25–50127**

A PDF fillable Certification of Service is available at www.insb.uscourts.gov/webforms/newlaw/cs.pdf.

**CERTIFICATE OF SERVICE
REGARDING ALIAS SUMMONS IN AN ADVERSARY PROCEEDING**

I, _____ (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to these cases. I further certify that the service of this summons and a copy of the amended complaint were made on _____ (date), by one of the following methods:

- ☐ **Mail Service**: By regular, first class U.S. mail, and postage fully prepaid. (**List names/addresses below.**)
- ☐ **Personal Service**: By leaving the summons with the defendant or with an officer or agent of the defendant. (**List names/addresses below.**)
- ☐ **Residence Service**: By leaving the summons with an adult. (**List names/addresses below.**)
- ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the summons by certified mail addressed to the defendant. (**List names/addresses below.**)
- ☐ **Publication**: By serving the defendant as outlined in the space below.
- ☐ **State Law**: By serving the defendant pursuant to the laws of the State of _____ (U.S. state) as outlined in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

**Under penalty of perjury, I declare that the foregoing is true and correct.**

_____    _____    _____
Signature                                              Date                                              Business Address

_____                                                       _____
Printed Name                                                                                       Business City, State, and Zip