United States Bankruptcy Court
Southern District of Indiana

Friedmeyer, Trustee,
    Plaintiff

Siewert,
    Defendant

Adv. Proc. No. 25-50127-JJG

# CERTIFICATE OF NOTICE

| District/off: 0756-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: SF00075 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | Scott Siewert, 580 Bermudez Ct., The Villages, FL 32162-3919 |
| dft | Teresa Siewert, 580 Bermudez Ct., The Villages, FL 32162-3919 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026    Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph L. Mulvey | on behalf of Plaintiff Joanne Friedmeyer Trustee joseph@mulveylawllc.com, linda@mulveylawllc.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00075 (rev 11/2025)

In re:

**Rodney Grubbs**,
       Debtor.

**Joanne Friedmeyer, Trustee**,
       Plaintiff,
  vs.
**Scott Siewert**,
**Teresa Siewert**,
       Defendants.

Case No. **23–05593–JJG–7A**

Adv. Proc. No. **25–50127**

## NOTICE OF DEFICIENT FILING

A Motion to Dismiss Adversary Proceeding, Count or Party was filed on February 10, 2026, by Defendant Scott Siewert and Defendant Teresa Siewert.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Required signature(s) is (are) missing.

**IMPORTANT: Please read the following information concerning the above item(s):**

    The main part of the document (the motion) is missing a signature.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by February 25, 2026, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  February 11, 2026                 Eric R. Kleis
                                                     Clerk, U.S. Bankruptcy Court