Please send me a copy of the audio file from Defendant's Motion to Transfer Venue Hearing before Judge Graham on April 14, 2026.

Below is a copy of my payment transaction for same.

## INSB Online Payment Form

US Bankruptcy Court: Southern District of Indiana
**Pay.gov Tracking ID:** 281UEOOR
**Transaction Date:** 05/01/2026 01:23:39 PM EDT
**Transaction Amount:** $34.00
**Payment Type:** Debit or credit card
**Transaction Status:** Success
**Payment Date:** 05/01/2026
**Frequency:** One Time

## Tracking Information

Pay.gov Tracking ID: 281UEOOR

Agency Tracking ID: 77374990188

Form Name: INSB Online Payment Form

Application Name: INSB Forms Service

## Payment Information

Payment Type: Debit card

Payment Amount: $34.00

Transaction Date: 05/01/2026 01:23:39 PM EDT

Payment Date: 05/01/2026

Case Number: 25-50127

Debtor Name: RODNEY U GRUBBS

Payer Name: Teresa E Siewert

Phone: (407) 484-9576

Email: tsiewert@yahoo.com

Description: Fee for request of a copy of the audio file from a hearing for DEFENDANTS MOTION TO TRANSFER VENUE held on April 14, 2026 before Judge Graham.

**Account Information**

Cardholder Name: Teresa Siewert

Card Type: Visa

Card Number: ************5598
View this payment on the Payment Activity page.
View this form on the My Forms page.