**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY GRUBBS | ) | CASE NO. 23-05593-JJG-7A |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOANNE FRIEDMEYER, TRUSTEE, | ) | Adversary Proceeding |
| | ) | No. 25-50127 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| SCOTT SIEWERT, TERESA SIEWERT | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO STRIKE JURY DEMAND

Comes now plaintiff, Joanne Friedmeyer ("Trustee"), by counsel, pursuant to Fed. R. Civ. P. 801 and for her *Motion to Strike Jury Demand* relating to the jury trial demand asserted by defendants Scott Siewert and Teresa Siewert (collectively, "Defendants") in their Pre-Trial Report [Doc. No. 58, ¶4] filed on May 11, 2026 ("Defendants' Pre-Trial Report") and in support thereof states as follows:

1. Fed. R. Civ. P. 38, applicable to this matter pursuant to Fed. R. Bankr. P. 9015, states:

> "a party may demand a jury trial by:
> (1) serving the other parties with a written demand—which may be included in a pleading—no later than 14 days after the last pleading directed to the issue is served; and
> (2) filing the demand in accordance with Rule 5(d)."

2. The last pleading filed in this matter was the Defendants' Amended Answer on March 24, 2026 [Doc. No. 43], which was greater than 14 days prior to the filing of Defendants' Pre-Trial Report wherein Defendants asserted a demand for a jury trial.

1

WHEREFORE, the Trustee requests the Court strike the jury demand asserted in

Defendants' Pre-Trial Report and for all other just and proper relief.

> Respectfully submitted,
> MULVEY LAW LLC
> Attorney for Trustee
>
> By: /s/ Joseph L. Mulvey
> Joseph L. Mulvey
> MULVEY LAW LLC
> 133 w. Market St., #274
> Indianapolis, IN 46204
> (317) 721-1339
> joseph@mulveylawllc.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF electronic filing system on this May 13, 2026, and on the following via U.S. First Class Mail on this May 13, 2026:

| | |
|---|---|
| Scott Siewert | Teresa Siewert |
| 580 Bermudez Ct. | 580 Bermudez Ct. |
| The Villages, FL 32152 | The Villages, FL 32152 |

> /s/ Joseph L. Mulvey
>
> Joseph L. Mulvey (#30052-49)

2